**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 15-7880**

———————————

HABEEB ABDUL MALIK, a/k/a Ron Tearia Nicholas,

Plaintiff - Appellant,

v.

BEVERLY A. WOODS, Psychiatrist; sued in their personal and official capacity; BRIAN STIRLING, SCDC Director; sued in their personal and official capacity; BERNARD MCKIE, SCDC Warden; sued in their personal and official capacity; ROBERT WARD, Deputy Director; sued in their personal official capacity; JANICE PHILLIPS, Health Care Authority; sued in their personal and official capacity,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the District of South Carolina, at Orangeburg. R. Bryan Harwell, District Judge. (5:14-cv-03473-RBH)

———————————

Submitted: April 20, 2016          Decided: April 27, 2016

———————————

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Habeeb Abdul Malik, Appellant Pro Se. Andrew Lindemann, DAVIDSON & LINDEMANN, PA, Columbia, South Carolina, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Habeeb Abdul Malik appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny the pending motion and affirm for the reasons stated by the district court. See Malik v. Woods, No. 5:14-cv-03473-RBH (D.S.C. Nov. 9, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED